IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA　　:
　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　: 　1:22CR314-1
　　　　　　　　　　　　　　　:
PHILLIP JEREL SCOTT　　　　　:

The Grand Jury charges:

COUNT ONE

On or about the September 24, 2020, in the County of Guilford, in the Middle District of North Carolina, PHILLIP JEREL SCOTT, in connection with the acquisition of a firearm, that is, an SCCY 9mm caliber handgun, from a licensed dealer in firearms, that is, Bob's Pawn and Gun Shop, Inc., with a trade name of Pap Paw's Pawn and Jewelry, 2418 South Main Street, High Point, North Carolina, knowingly made a false and fictitious statement likely to deceive such dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to Chapter 44, Title 18, United States Code; in that PHILLIP JEREL SCOTT furnished a copy of a North Carolina concealed handgun permit which he represented as valid when in truth and in fact, as PHILLIP JEREL SCOTT then well knew, his carrying concealed permit had been revoked; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about September 24, 2020, in the County of Guilford, in the Middle District of North Carolina, PHILLIP JEREL SCOTT, in connection with the acquisition of a firearm, that is, an SCCY 9mm caliber handgun, from a licensed dealer in firearms, that is, Bob's Pawn and Gun Shop, Inc., with a trade name of Pap Paw's Pawn and Jewelry, 2418 South Main Street, High Point, North Carolina, knowingly made a false representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code to be kept in the records of Bob's Pawn and Gun Shop, Inc., with a trade name of Pap Paw's Pawn and Jewelry as an entity; in that PHILLIP JEREL SCOTT certified on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, by providing false information in response to question 21: "No NCIS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NCIS" to which he represented to the seller that this section applied to him and asserted that he had a North Carolina concealed handgun permit, along with the permit

number and expiration date, when in truth and in fact, as PHILLIP JEREL SCOTT then well knew, his permit was revoked and no longer valid; in violation of Title 18, United States Code, Section 924(a)(1)(A).

DATED: September 26, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

3